# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 21-mj-2839-1 |
| DEMARCUS ADAMS | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DEMARCUS ADAMS,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☑ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

Violations of 18 U.S.C. § 922(a)(5) - Transferring a Firearm to an Out-of-State Resident;
Violations of 18 U.S.C. § 922(a)(6) - False Statement During Purchase of a Firearm;
Violations of 18 U.S.C. § 922(a)(1)(A) - Engaging in the Business Without a License (Firearms);
Violations of 18 U.S.C. § 1343 - Wire Fraud;
Violations of 18 U.S.C. § 371 - Conspiracy to Commit Title 18 offenses; and
Violations of 18 U.S.C. § 1956(a)(3)(A) - Laundering of Monetary Instruments

Date: May 10, 2021

*Issuing officer's signature*

City and state:  NASHVILLE, TN         Magistrate Judge Jeffery S. Frensley
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                          Weight:

Sex:                                                              Race:

Hair:                                                             Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: